Form:reasMLO2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
226 West Second Street
Flint, MI 48502

Case No.: 13−33471−jda
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Kevin M Lindsey
    11589 Marshall Road
    South Lyon, MI 48178

Social Security No.:
    xxx−xx−3256

Employer's Tax I.D. No.:

## ORDER OF REASSIGNMENT

On June 3, 2019, the Bankruptcy Court entered Administrative Order 19−02, regarding the appointment of Judge Joel D. Applebaum and assignment of Flint cases and proceedings. Pursuant to Administrative Order 19−02, the Clerk of Court shall reassign to Judge Joel D. Applebaum the pending Chapter 7, Chapter 11, Chapter 12, Chapter 13 and Chapter 15 cases previously assigned to Judge Daniel S. Opperman.Flint.

**IT IS HEREBY ORDERED** that the above entitled case be removed from the docket of Judge Daniel S. Opperman.Flint and transferred to the docket of Judge Joel D. Applebaum.

BY THE COURT
/s/ Joel D. Applebaum
United States Bankruptcy Judge
Dated: 6/5/19

BY THE COURT
/s/ Daniel S. Opperman
United States Bankruptcy Judge

```
                                     United States Bankruptcy Court
                                     Eastern District of Michigan
In re:                                                                       Case No. 13-33471-jda
Kevin M Lindsey                                                              Chapter 13
           Debtor                       CERTIFICATE OF NOTICE
District/off: 0645-4          User: admin                   Page 1 of 2                    Date Rcvd: Jun 06, 2019
                              Form ID: reasAPL2             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2019.
db             +Kevin M Lindsey,    11589 Marshall Road,    South Lyon, MI 48178-9504
22421971       +53rd District Court,    Case # 9-2248gc,    204 Highland Way, Ste. 1,    Howell, MI 48843-2073
22421973       +AT & T,   c/o Franklin Collection Services,    2978 W. Jackson STreet,    Tupelo, MS 38801-6731
22421975       +Christy R. Lindsey,    11589 Marshall Road,   South Lyon, MI 48178-9504
22421977       +CitiBank,   P.O. Box 6497,    Sioux Falls, SD 57117-6497
22421978        Consumers Energy,    c/o LJ Ross Associates Inc.,    Ann Arbor, MI 48103
22421979       +David Farlow DDS,    c/o Law Offices of Joel Cardis,    2006 Swede Rd., #100,
                 Norristown, PA 19401-1787
22421981       +Ford Motor Credit,    P.O. Box 542000,   Omaha, NE 68154-8000
22421987       +Schultz Bottle Gas,    c/o Accelerated Revenue,    P.O. Box 3666,   Camarillo, CA 93011-3666
22421989       +Target National Bank,    P.O. Box 673,   Minneapolis, MN 55440-0673
22421990       +Tractor Supply/Citibank,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
22527479       +Wells Fargo Bank, N.A.,    Attention Payment Processing,    MAC #X2302-04C,   One Home Campus,
                 Des Moines, IA 50328-0001
22421992       +Wells Fargo Home Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22421972       +E-mail/Text: EBNProcessing@afni.com Jun 07 2019 04:40:57     AT & T,   c/o Afni, Inc.,
                 404 Brock Drive,    Bloomington, IL 61701-2654
22421974       +E-mail/Text: RMOpsSupport@alorica.com Jun 07 2019 04:42:05     AT& T,
                 c/o West Asset Management,    2703 N. Highway 75,   Sherman, TX 75090-2567
22440173        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 07 2019 05:05:11
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK 73126-8941
22512660       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 07 2019 04:39:10     Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
22421976       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 07 2019 04:39:10     CitiBank,
                 c/o Asset Acceptance,    P.O. Box 1630,   Warren, MI 48090-1630
22421980       +E-mail/Text: brupt1@dteenergy.com Jun 07 2019 04:40:09     DTE Energy,   1 Energy Plaza,
                 Detroit, MI 48226-1221
22533650        E-mail/Text: brupt1@dteenergy.com Jun 07 2019 04:40:09     DTE Energy,   One Energy Plaza,
                 2120 WCB,    Detroit, MI 48226
22421982       +E-mail/Text: support@ljross.com Jun 07 2019 04:36:54     Hillside Center,
                 c/o L.J. Ross Associates Inc.,    6360 W Jackson Road,   Ann Arbor, MI 48103-9597
22589471        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2019 04:59:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
22421983       +E-mail/Text: bnc-aquafinance@quantum3group.com Jun 07 2019 04:43:50     MBC Investments, LLC,
                 1 Corporate Drive,    Wausau, WI 54401-1722
22559892       +E-mail/Text: g17768@att.com Jun 07 2019 04:34:40     Michigan Bell Telephone Company,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
22595478       +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Jun 07 2019 04:44:04
                 Michigan Department of Treasury,    Bankruptcy Unit,   PO Box 30168,   Lansing, MI 48909,
                 5 48909-7668
22421984       +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Jun 07 2019 04:44:04
                 Michigan Department of Treasury,    P O Box 30199,   Lansing, MI 48909-7699
22421985       +E-mail/Text: collections@parksidecu.org Jun 07 2019 04:44:08     Parkside Credit Union,
                 36525 Plymouth Road,    Livonia, MI 48150-1126
22421986       +E-mail/Text: bankruptcydepartment@tsico.com Jun 07 2019 04:44:16     Progressive Insurance,
                 c/o NCO Financial Services,    P.O. Box 15636,   Wilmington, DE 19850-5636
22532460        E-mail/Text: bnc-quantum@quantum3group.com Jun 07 2019 04:38:41
                 Quantum3 Group LLC as agent for,    Aqua Finance Inc,   PO Box 788,   Kirkland, WA 98083-0788
22421988       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 07 2019 04:39:57     Target National Bank,
                 c/o Midland Funding,    8875 Aero Dr., #200,   San Diego, CA 92123-2255
22421991       +E-mail/Text: support@ljross.com Jun 07 2019 04:36:54     U of M Physicians,
                 c/o LJ Ross Associates Inc.,    6360 W. Jackson Road,   Ann Arbor, MI 48103-9597
                                                                                             TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Parkside Credit Union
cr              Wells Fargo Bank, N.A.
cr              Wells Fargo Home Mortgage Inc.
cr              Wells Fargo Home Mortgage Inc.
                                                                                               TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2019 at the address(es) listed below:

      Carl Bekofske    ECF@flint13.com, ECFII@flint13.com
      Craig B. Rule   on behalf of Creditor   Wells Fargo Home Mortgage Inc. bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
      Dickron Bohikian   on behalf of Debtor Kevin M Lindsey ecf@bohikianlaw.com
      Heather D. McGivern   on behalf of Creditor   Wells Fargo Home Mortgage Inc. bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
      Karen L. Rowse-Oberle   on behalf of Creditor   Parkside Credit Union krowse-oberle@bbrolaw.com
      Ryan Byrd   on behalf of Creditor   Wells Fargo Bank, N.A. bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com

                                                                                                         TOTAL: 6