# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

In the matter of:                                      Case No. 13-33471-JDA

Kevin M Lindsey                            Chapter 13 Proceedings

Debtor(s).                                               Judge Joel D. Applebaum

_____/

## NOTICE OF UNCLAIMED FUNDS

**TO: CLERK OF THE COURT**

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| DEBTOR REFUND | | | | 0873409 | $5717.79 |

**Dated:** Wednesday, September 25, 2019

      /s/Carl L. Bekofske
Carl L. Bekofske,
Standing Chapter 13 Trustee
400 N. Saginaw St., Ste 331
Flint, MI 48502
Telephone: (810) 238-4675
Fax: (810) 238-4712
Email: ECF@flint13.com
P10645